```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Anthony Mills Music, Inc.,

       Plaintiff(s),

07 Civ 6899 (CM) (JCF)

-against-

                                         AMENDED
Local 802 AFM.,                            CALENDAR NOTICE

       Defendant(s).
-------------------------------------------------------X

    Please take notice that the above captioned matter has been re-scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| _✗_ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _✓_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, December 7, 2007 at 10:00 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007. **PLAINTIFF CORPORATION MUST APPEAR BY ATTORNEY.**

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 19, 2007
       New York, New York

                                                      So Ordered

                                                      */s/ Colleen McMahon*

                                                     Colleen McMahon, U.S.D.J