docket

To Judge McMahon:

I, Anthony Mileti, President of Anthony Mills Music Inc., would like to withdraw the previously filed action (Case #: 07 Civ.6899), due to the requirement that I must have an attorney, which I cannot afford. Currently, there is a court appearance scheduled for December 7, 2007, which I would like to cancel.

Thank you.

*[signature]*

Anthony Mileti
Anthony Mills Music Inc.
1189 Maple Avenue
South Hempstead, NY 11550

Phone-516-483-1611
Fax-516-908-3563
Email-anthony@anthonymillsmusic.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07