UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

------------------------------------------------------------x

Anthony Mills Music, Inc.,

        Plaintiff,                               07 Civ. 6899 (CM)

-against-

Local 802 AFM,

        Defendant.

------------------------------------------------------------x

## ORDER CLOSING CASE

      This matter is scheduled for an initial conference this Friday, December 7, 2007. By Fax letter dated December 4, 2007, Anthony Mileti, President of Anthony Mills Music, Inc., states that he can not afford to retain an attorney to represent his corporation and would therefore "like to withdraw the previously filed action" and "cancel the court appearance scheduled for December 7, 2007."

      Plaintiff's motion to withdraw the action is granted. The complaint is dismissed. The Clerk of the Court is directed to close the case.

      This constitutes the decision and order of the Court.
December 5, 2007

                                                      _____
                                                          U.S.D.J.

BY FAX TO:

Anthony Mills Music, Inc.
1189 Maple Ave
South Hempstead, NY 11550
(Fax) (516) 908-3563